United States District Court
Middle District of Florida
Jacksonville Division

**RODNEY WEBB,**

***Plaintiff,***

**v.** **NO. 3:26-cv-459-WWB-PDB**

**WESTLAKE PORTFOLIO MANAGEMENT,**

***Defendant.***

---

# Order

The plaintiff moves for an exemption from fees associated with the Public Access to Court Electronic Records (PACER) system, Doc. 24, and for an extension of time to file a second amended complaint, Doc. 25.

The plaintiff's motion for an exemption, Doc. 24, is **denied** because the motion violates Local Rule 3.01(g)(3), which requires, if the opposing party is unavailable before a motion's filing, a movant to try for three days to contact the opposing party and supplement the motion with a statement about whether the parties have resolved all or part of the motion.

Moreover, the plaintiff fails to show that an exemption is warranted. A court has discretion to exempt certain people, including people considered indigent, from paying the fees associated with PACER, provided that the movant demonstrates that an exemption is necessary to avoid unreasonable burdens. *See* 28 U.S.C. § 1914 (Judicial Conference Schedule of Fees, Electronic Public Access Fee Schedule). As the Judicial Conference Policy

Notes explain, "[E]xemptions should be granted as the exception, not the rule[.]" The plaintiff fails to show that he is indigent or that an exemption is necessary to avoid an unreasonable burden. He receives notices of electronic filings (NEFs) in this case. An NEF email includes a hyperlink to view a filing for the first time for free. The hyperlink expires after the earlier of two events: the first use or 15 days after the notice is emailed. After the hyperlink expires, the plaintiff may view the document by accessing PACER or using a public-access terminal in the clerk's office. To avoid incurring fees, the plaintiff should print or save the filing when using the one-free-look.

The plaintiff's unopposed motion for an extension of time, Doc. 25, is **granted**. The deadline to file a second amended complaint, *see* Doc. 23, is extended to **December 7, 2026**. The deadline for the defendant to respond to a second amended complaint is 14 days after service. If the plaintiff fails to timely file a second amended complaint or a motion for additional time to do so, (1) the court will presume that he wants to proceed with his current complaint, Doc. 8, and (2) the defendant must respond to that complaint by **December 21, 2026**.

**Ordered** in Jacksonville, Florida, on November 2, 2026.

Patricia D. Barksdale

Patricia D. Barksdale
*United States Magistrate Judge*